

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of R.G., a Child

No. 06-24-00035-CV

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 91576). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting grounds N and O as a basis for termination of Mother's and Father's parental rights. As modified, we affirm the judgment of the trial court.

We note that the appellants have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 11, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk